On respondent's petition for reconsideration filed May 30, motion for relief from default granted; reconsideration allowed; former disposition (200 Or App 717, 117 P3d 300) withdrawn; affirmed July 26, 2006

STATE OF OREGON,
*Respondent,*

*v.*

JAIME RAMIREZ LOPEZ,
*Appellant.*

03C-52460; A124441

139 P3d 1031

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Before Landau, Presiding Judge, and Brewer, Chief Judge, and Ortega, Judge.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).